## ROBERT INNIS AND ROBERT GRANT, MERCHANTS UNDER THE FIRM NAME OF INNIS & GRANT
### v.
## FRANCIS DESFORGES

1807

JOURNAL ENTRIES

1. Declaration filed; appearance; counsel assigned    *Journal, infra,* \*p. 58
2. Discontinuance . . . . . . . . . . . .    " 109

PAPERS IN FILE

1. Capias and return . . . . . . . . . . . . . . .
2. Verified account . . . . . . . . . . . . . .
3. Declaration . . . . . . . . . . . . . . .